```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 18-03581-JJT
Sean M Bing                                                         Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
```

District/off: 0314-5         User: PRatchfor         Page 1 of 1              Date Rcvd: Aug 29, 2018
                             Form ID: oraprins       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db         +E-mail/PDF: sean1ne77@gmail.com Aug 29 2018 19:16:14     Sean M Bing,    149 Bon Sher Drive,
             Tannersville, PA 18372-7739
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

  Sean M Bing,                             Chapter     13

      **Debtor 1**

                                                   Case No.     5:18−bk−03581−JJT

### Order Approving Payment of Filing Fee in Installments

**IT IS HEREBY ORDERED** that Debtor 1 shall be required to pay the filing fee inclusive of the miscellaneous administrative fee and trustee fee surcharge in the total amount of **$ 310.00** in installments on the terms proposed in the application. The final payment must be made on or before **December 26, 2018** and before the entry of any Discharge Order, unless the Court extends the time to 180 days from the filing of the petition. Failure to either pay the fees on or before **December 26, 2018** or to file an objection on or before **January 2, 2019** will result in dismissal of the case without further notice. If a timely objection is filed, a hearing will be held.

**IT IS FURTHER ORDERED** that until the fees are paid in full, Debtor 1 shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Payments may be made by Money Order or in cash (exact amount only) at the Clerk's office.

Mailed payments must be by Money Order (no personal checks or cash) addressed to:

    **Address of the Bankruptcy Clerk's Office:**
    U.S. Bankruptcy Court
    274 Max Rosenn U.S. Courthouse
    197 South Main Street
    Wilkes−Barre, PA 18701
    (570) 831−2500

Dated: August 29, 2018                                      By the Court,

                                                                      Honorable John J. Thomas
                                                                      United States Bankruptcy Judge
                                                                      By: PRatchford, Deputy Clerk

oraprins(04/18)