```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 18-03581-JJT
Sean M Bing                                                   Chapter 13
        Debtor                 CERTIFICATE OF NOTICE
```

District/off: 0314-5          User: DGeorge            Page 1 of 1             Date Rcvd: Sep 21, 2018
                              Form ID: ntnew341        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2018.
```
5100980        +DEUTSCHE BANK NATIONAL,    60 WALL STREET,    NEW YORK, NY 10005-2858
5100982        +KML LAW GROUP PC,    701 MARKET STREET, SUITE 5000,    PHILADELPHIA PA 19106-1541
5100981        +LONG BEACH MORTGAGE CORPROATION,    1400 S DOUGLAS ROAD SUITE 100,    ANAHEIM CA 92806-6906
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: sean1ne77@gmail.com Sep 21 2018 19:04:29     Sean M Bing,    149 Bon Sher Drive,
                 Tannersville, PA 18372-7739
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5100979*       +SEAN M BING,    149 BON SHER DRIVE,    TANNERSVILLE PA 18372-7739
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates,
               Series 2006-5 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Sean M Bing, <br> **Debtor 1** | Chapter  13 <br><br> Case No.  5:18−bk−03581−JJT |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: October 29, 2018 <br><br> Time: 12:00 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 21, 2018 |

ntnew341 (04/18)